# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–153 PA | Date | September 23, 2008 |
|---|---|---|---|
| Title | Sean Deandre Howard v. J.L. Norwood | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Karen Park | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **IN CHAMBERS – COURT ORDER**

      The Court is in receipt of petitioner Sean Deandre Howard's Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241, filed on January 10, 2008.  It does not appear that proof of service of the summons and complaint has been filed with the Court.  Accordingly, no later than October 24, 2008, Plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to serve the summons and complaint within 120 days after the complaint was filed, as required under Federal Rule of Civil Procedure 4(m).  Alternatively, Plaintiff may respond to the Order to Show Cause by providing proof of service.  The briefing schedule established in the Court's July 22, 2008 Order is hereby vacated.

      IT IS SO ORDERED.

cc: Sean Deandre Howard, Pro Se
    REG. #05642-112
    United States Penitentiary
    P O Box 5500
    Adelanto, CA 92301

                                                                             :
Initials of Preparer