# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08–153 PA | Date | November 10, 2008 |
|---|---|---|---|
| Title | Sean Deandre Howard v. J.L. Norwood | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS – COURT ORDER**

The Court is in receipt of petitioner Sean Deandre Howard's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") by a Person in Federal Custody pursuant to 28 U.S.C. § 2241, filed on January 10, 2008. It does not appear that proof of service of the summons and complaint has been filed with the Court. On September 23, 2008, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed without prejudice for failure to serve the summons and complaint within 120 days after the complaint was filed, as required under Federal Rule of Civil Procedure 4(m). The Court ordered Petitioner to respond to the OSC no later than October 24, 2008, however Petitioner failed to file any response.

Petitioner shall respond to the OSC, either by filing a response or by providing proof of service, no later than December 1, 2008. Failure to respond to this Order will result in the dismissal of the Petition without prejudice.

IT IS SO ORDERED.


cc: Sean Deandre Howard, Pro Se
    REG. #05642-112
    United States Penitentiary
    P O Box 5500
    Adelanto, CA 92301

                                                                                          _____ : _____
                                                    Initials of Preparer